DANIEL J. BRODERICK, Bar #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DOUK DUKE PEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:12-CR-0354 LJO-SKO |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION TO CONTINUE MOTIONS SCHEDULE, SENTENCING HEARING, AND ORDER** |
| DOUK DUKE PEN, | ) | DATE:  May 13, 2013 |
| Defendant. | ) | TIME:  8:30 A.M. |
|  | ) | JUDGE: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective counsel, Assistant United States Attorney Kevin P. Rooney, and Assistant Federal Defender Victor M. Chavez, that a new sentencing schedule be set as follows:

| **Event:** | **Present Date:** | **Requested New Date:** |
|---|---|---|
| Informal Objections Due | April 8, 2013 | April 22, 2013 |
| Formal Objections Due | April 22, 2013 | May 6, 2013 |
| Sentencing Hearing | April 27, 2013 | May 13, 2013 |

This continuance is requested by counsel for defendant. Counsel will be out of the office from March 25, 2013 through April 8, 2013.

///

///

///

///

|   |   |   |   |
|---|---|---|---|
|   |   |   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: March 22, 2012 |   | By: | /s/ *Kevin P. Rooney*<br>KEVIN P. ROONEY<br>Assistant United States Attorney<br>Counsel for Plaintiff |
|   |   |   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: March 22, 2011 |   | By: | /s/ *Victor M. Chavez*<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorney for Defendant<br>DOUK DUKE PEN |

**ORDER**

IT IS SO ORDERED.

**Dated:   March 25, 2013**          /s/  Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

PEN - Stipulation to Continue Motions
Schedule and Sentencing Hearing

2